

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00754-CV

**VERDE ENERGY SOLUTIONS, LLC** and Robert Thomae,
Appellants

v.

**SGET DUVAL OIL I, LLC,**
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-19-230
Honorable Baldemar Garza, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: February 12, 2020

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

On January 30, 2020, appellants filed an unopposed, voluntary motion seeking to dismiss this interlocutory appeal in accordance with Texas Rule of Appellate Procedure 42.1(a)(1). *See* TEX. R. APP. P. 42.1(a)(1). We grant the motion and order all costs assessed against appellants. *See id.* R. 42.1(d) (absent agreement of parties, costs are taxed against appellant).

PER CURIAM